IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BENNIE LILLEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-07-2117 |
| | § | |
| HOME DEPOT U.S.A., INC., | § | |
| | § | |
| Defendant. | § | |

### ORDER

The parties have filed a motion asking this court to enter a lengthy protective order. Rule 26(c) of the Federal Rules of Civil Procedure permits a district court to "issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense" on a showing of good cause. It is well established that the party seeking a protective order under Rule 26(c) has the burden of showing that good cause exists for issuance of that order. *Gambale v. Deutsche Bank AG*, 377 F.3d 133, 142 (2d Cir.2004).

In this case, the parties have not shown good cause for the lengthy protective order they seek. The motion is denied based on the current record. The parties may reurge the motion but must narrow the requested relief and show good cause.

SIGNED on May 9, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge